**Exhibit A to the Complaint**

**Location:** Fair Lawn, NJ  
**Total Works Infringed:** 71

**IP Address:** 173.54.58.54  
**ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | D61C5F04FDAB44544326F33150221B2E8A0538C6 | 03/25/2019 03:25:54 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 2 | 097562BFB61402FE0909EB68B407AF7CCCD6BCEE | 10/01/2018 01:42:19 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 3 | 0B16315F57F07E173D0600CC87ABFC94AE29EC92 | 11/13/2018 02:19:50 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 4 | 143ED56E751B662F727B52D79C441FBCC16BB177 | 12/22/2018 00:39:36 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 5 | 16964274EEF2DEB09294CF8A21B1AFBB9CC70842 | 01/14/2019 02:12:48 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 6 | 1D4F8BC60FF91E4A8991397E26BFAA8545914E58 | 11/16/2018 03:45:45 | Vixen | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 7 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | 01/02/2019 02:22:48 | Blacked Raw | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 8 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | 10/31/2018 02:44:37 | Vixen | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 9 | 25412619901223813870D2C03CDA34FF74B4EDE3E | 10/31/2018 02:56:33 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 10 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | 10/29/2018 03:18:54 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 11 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | 01/22/2019 12:15:20 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 12 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | 12/27/2018 04:43:18 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 13 | 2ADE8763346FFA11FC1395267FDA45ACC89C677C | 11/08/2018 01:30:07 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 14 | 2D05320B68989487C8AF50B1A95167FB350F94E6 | 12/28/2018 20:29:09 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 15 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | 02/07/2019 03:17:57 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 16 | 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE | 03/05/2019 13:17:35 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 17 | 2FEF8C6862CCC28341F10FF8FB905E9CB161F500 | 11/13/2018 02:15:13 | Blacked Raw | 11/08/2018 | 12/10/2018 | PA0002145833 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 340388F38581DF5E919342C8EBB209978EEA9633 | 01/31/2019 02:43:50 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 19 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | 12/27/2018 05:56:30 | Vixen | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 20 | 37440CD1F4DD80A2187A58E0C31892DCE01FA6F8 | 10/01/2018 01:27:23 | Blacked Raw | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 21 | 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E | 03/29/2019 17:50:28 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 22 | 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75 | 02/14/2019 02:05:53 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 23 | 42FA8D55C449F1B251CBDCA779AF8B82B924AD80 | 02/26/2019 14:18:42 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 24 | 45D4AF0C0675541261833DD3255ABBED35C8CBD4 | 12/22/2018 00:39:28 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 25 | 498C38E65A191A26E153A7D80BCFBCA20069BDFD | 01/22/2019 12:09:23 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 26 | 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC | 03/01/2019 00:09:36 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 27 | 53DD9DA9E0B24B4961098D0683C348309445E260 | 12/29/2018 00:29:39 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 28 | 55298BBC330B3C971890294BDE7CAC90F58A2867 | 11/08/2018 01:37:37 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 29 | 59BBB32A1C085F460AAFB1329242C36691D072A1 | 02/07/2019 04:24:04 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 30 | 6A9C3A31CC22405729F230BE6332DE0A31F7BB38 | 12/22/2018 01:08:52 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 31 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | 11/09/2018 02:13:14 | Tushy | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 32 | 7180352F1197F512822C8C7B41CAADADB5C0F744 | 01/28/2019 03:12:52 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 33 | 72555676245CA53C457541455A41821330714A7A | 03/13/2019 17:47:34 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 34 | 74E070565386C10CB521376AFA332D57AE57DE3E | 12/03/2018 03:43:57 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 35 | 7724965CFD0EFA204861E4994E4C375734FAC910 | 03/21/2019 00:46:28 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 36 | 77537958D009D974B9970112342BCA232614C16F | 10/09/2018 02:40:55 | Blacked | 01/10/2018 | 01/15/2018 | PA0002070942 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 01/28/2019 03:11:07 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 38 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | 10/26/2018 02:06:45 | Blacked Raw | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 39 | 81E09376DDB4DBE7806032952C003C92FD898CD4 | 12/13/2018 19:24:09 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 40 | 821F855568FE4AC5875613F128A9D9527DE3BF59 | 02/28/2019 23:57:32 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 41 | 87F8CF6CF74A8301642CDC1C72FBC192A790A9B2 | 01/14/2019 02:13:55 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 42 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | 10/05/2018 02:39:38 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 43 | 8B84870625941F984BA357806583B9F62C6D5F9D | 02/01/2019 14:15:50 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 44 | 8BCB7B06AB36EDCC1B53F56BC6B1329DB9D48900 | 01/28/2019 03:12:38 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 45 | 92401415234E09F5E207409EF07B67BE7CD68634 | 02/26/2019 03:08:46 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 46 | 958114234F010ED12787587C6B9FA13E19388CF1 | 10/29/2018 03:25:56 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 47 | 9A0B4B599E34B148174405F0D2DB2EBD52BB1D86 | 11/13/2018 02:29:21 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 48 | 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A | 11/25/2018 22:38:57 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 49 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | 10/23/2018 02:46:15 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 50 | A361841535E06DF75A9B500A19E4C931252F04C8 | 03/18/2019 17:42:41 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 51 | A79E1BEA716422681872B46A4AC579C82B92D143 | 03/05/2019 13:32:16 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 52 | AA9D6ED52E9FECEA19124A8F7FE433617F801994 | 01/11/2019 01:56:26 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 53 | ADC062DD01DFE5C93FD175411952A10858AE31D5 | 10/01/2018 01:32:47 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 54 | B4A963875B8F63EEFB739E00A7EE7D864B9C1493 | 01/11/2019 01:55:15 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 55 | B606ABAA47476F9563F9F17086AF3C58F57D4960 | 01/28/2019 03:24:27 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | 10/19/2018 02:37:28 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 57 | C60F238231FA7D72F30AD0AC8AEE75366CE5E5E8 | 02/10/2019 04:36:47 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 58 | CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E | 02/24/2019 02:38:05 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 59 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | 10/04/2018 11:18:04 | Vixen | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 60 | D35DE91797823D90CFD9EAB5A55CF23E8D37AB3A | 01/02/2019 00:58:55 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 61 | D9261D3722C161272619A45A80E6F849B0BC63B5 | 12/28/2018 20:29:48 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 62 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | 02/14/2019 02:36:35 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 63 | DB96A7BA37F3DA55AE4BFC5882FD07052B7F3B8D | 01/22/2019 12:07:32 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 64 | E12C003246B83B76DC861765D6E9B1BC09E79EA4 | 10/26/2018 02:37:00 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 65 | EAB3533FB381C799B59AAA64A20DF16CE3C18A18 | 03/03/2019 13:29:37 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 66 | ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39 | 12/15/2018 01:15:04 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 67 | F15A3D34FF0FD051292EC25A6DBB3F574863F6E2 | 02/07/2019 04:48:30 | Blacked Raw | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 68 | F5E931AB78F7394210896FEC71ADFB7C43276832 | 11/28/2018 23:45:38 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 69 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | 10/07/2018 13:12:21 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 70 | FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E | 01/16/2019 02:09:58 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 71 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | 12/28/2018 20:29:32 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |