**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:     John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHN DOE, subscriber assigned IP address 173.54.58.54,<br><br>                    Defendant. | Case No. 2:19-cv-10248-JMV-JBC<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 173.54.58.54 are voluntarily dismissed with prejudice.

DATED: July 12, 2019                    Respectfully submitted,

                                        **THE ATKIN FIRM, LLC**

                                        *Attorneys for Plaintiff,*
                                        *Strike 3 Holdings, LLC*

                                        */s/ John C. Atkin, Esq.*
                                        John C. Atkin, Esq.

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ <i>John C. Atkin</i><br>John C. Atkin, Esq.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:  7/15/19